UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In Re:                                              )
                                                    )
Ivey Jr., Anthony Lee        xxx-xx-3637            )
Ivey, Breanna Renee          xxx-xx-9066            )       No. 25-10763 C-13G
1057 Aster Way                                      )
Burlington, NC 27215                                )
                                                    )
                             Debtors                )

TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN
AND RECOMMENDATION AGAINST CONFIRMATION OF PLAN

NOW COMES, Anita Jo Kinlaw Troxler, Trustee in the above-referenced plan, by and through counsel, and objects to confirmation of the plan and recommends that the plan ("plan") be denied confirmation and in support shows unto the Court as follows:

1. The Debtors filed the Plan on October 31, 2025 and propose a plan payment of $2698.00 per month for 60 months.

2. The Debtor proposes no liquidation value requirement. The Trustee believes, based on filed schedules and claim of property exemptions, that the plan should provide under Section 2.3(b) that classes of unsecured claims are established based on liquidation value requirements with Class A being allowed unsecured claims of the male Debtor with a liquidation value requirement of $0.00, Class B being allowed unsecured claims of the female Debtor with a liquidation value requirement of $1436.00, and Class C being allowed joint unsecured claims with a liquidation value requirement of $864.00.

3. Under Section 4.3(c) of the plan, it provides that the claim of Ally Financial is to be paid in full at $517.00 per month with interest at 9.25% per annum. The Trustee believes that the claim should be paid at $530.00 per month.

4. The plan payment is insufficient to pay plan debt and needs to increase to $2820.00 per month effective with the plan payment for February 2026.

5. The Trustee objects to confirmation of this plan due to liquidation; claim treatment; and insufficient plan payment to pay plan debt.

WHEREFORE, the Trustee recommends that the Court sustain the objection to confirmation of plan and deny confirmation of the plan.

Date:  January 12, 2026                      s/Jennifer R. Harris
                                             Jennifer R. Harris, N.C. State Bar No.: 26857
                                             Attorney for Anita Jo Kinlaw Troxler, Trustee
                                             P.O. Box 1720
                                             Greensboro, NC  27402-1720
                                             Telephone: (336) 378-9164

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Ivey Jr., Anthony Lee | xxx-xx-3637 ) | |
| Ivey, Breanna Renee | xxx-xx-9066 ) | No. 25-10763 C-13G |
| 1057 Aster Way | ) | |
| Burlington, NC 27215 | ) | |
| | Debtors ) | |

**CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that on the below date, the undersigned served a copy of the <u>TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN AND RECOMMENDATION AGAINST CONFIRMATION OF PLAN</u> by depositing the same, enclosed in a postpaid wrapper, properly addressed to the following parties in interest, at their last known addresses as shown below, in a post office or official depository under the exclusive care and custody of the United States Postal Service:

ANTHONY LEE IVEY JR.
BREANNA RENEE IVEY
1057 ASTER WAY
BURLINGTON, NC 27215

ERICA C NESMITH
6616-203 SIX FORKS RD
RALEIGH NC 27615

Date:  January 12, 2026                                          s/Jennifer R. Harris
                                                                 Jennifer R. Harris, N.C. State Bar No.: 26857
                                                                 Attorney for Anita Jo Kinlaw Troxler, Trustee
                                                                 P.O. Box 1720
                                                                 Greensboro, NC  27402-1720
                                                                 Telephone: (336) 378-9164