UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In Re:                                                    )
                                                          )
Neal, Latonya Rae            xxx-xx-2630                  )
1017 Broad Ave.                                           )      No. 25-10761 C-13G
Greensboro, NC 27406                                      )
                                                          )
                    Debtor                                )

TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN
AND RECOMMENDATION AGAINST CONFIRMATION OF PLAN

NOW COMES, Anita Jo Kinlaw Troxler, Trustee in the above-referenced plan, by and through counsel, and objects to confirmation of the plan and recommends that the plan ("plan") be denied confirmation and in support shows unto the Court as follows:

1. The Debtor filed the Plan on November 13, 2025 and proposes a plan payment of $425.00 per month for 60 months.

2. SECU has filed a secured claim in reference to its security interest in a share account. The Debtor has not provided direction for this claim which is deemed allowed unless objected to.

3. U.S. Small Business Administration has filed a secured claim in reference to its collateral secured by a UCC Financing Statement filed with the NC Secretary of State on June 6, 2021. The Debtor has not provided direction for this claim which is deemed allowed unless objected to.

4. On Schedule A/B the Debtor scheduled an interest in property that is due from someone who has died, with the value in an unknown amount. Under Section 2.3(a) of the plan, it provides that the amount that allowed priority and non-priority unsecured claims would receive if assets were liquidated in a Chapter 7 case, after allowable exemptions, is estimated to be $ 5,414.00 plus net proceeds of the sale of certain vehicles (see Section 9). Under Section 9 of the plan, it provides that the "Debtor is an heir to the Estate of Robert C. Chambers (24E1352-400). Will has been challenged by Mr. Chambers relative, a decision was rendered, and an appeal has been filed. The estate includes the following assets:--residence located at 1017 Broad Ave, Greensboro, NC: value: $90,400, subject to a mortgage with a balance of $44,565.00. Debtor asserts homestead exemption in the residence --2018 Cadilac --Ford pickup To the extent that Debtor is successful in the lawsuit and remains an heir of the Cadillac and Ford, the Debtor shall sell both vehicles, subject to court approval, within 60 days of the disposition of the lawsuit. Debtor shall remit the net proceeds of the sale to the Trustee for disbursement pursuant to the pln."  The Trustee is unable to determine the liquidation value of the estate and the language provided for under the plan is too open ended with no timebound requirements for reporting as to the status of the account or resolution before the expiration of the term of the plan.

5. The Trustee is unable to determine if Lending Club Bank received notice of the plan as the address on the certificate of service to the plan appears to include only a partial address for the creditor.

6. The Trustee objects to confirmation of this plan due to claims treatment; liquidation; and service issues.

WHEREFORE, the Trustee recommends that the Court sustain the objection to confirmation of plan and deny confirmation of the plan.

Date:  January 12, 2026                         s/Jennifer R. Harris
                                                Jennifer R. Harris, N.C. State Bar No.: 26857
                                                Attorney for Anita Jo Kinlaw Troxler, Trustee
                                                P.O. Box 1720
                                                Greensboro, NC  27402-1720
                                                Telephone: (336) 378-9164

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | | | | |
|---|---|---|---|---|
| In Re: | | ) | | |
| | | ) | | |
| Neal, Latonya Rae | xxx-xx-2630 | ) | | |
| 1017 Broad Ave. | | ) | No. 25-10761 C-13G | |
| Greensboro, NC 27406 | | ) | | |
| | Debtor | ) | | |

### CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on the below date, the undersigned served a copy of the <u>TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN AND RECOMMENDATION AGAINST CONFIRMATION OF PLAN</u> by depositing the same, enclosed in a postpaid wrapper, properly addressed to the following parties in interest, at their last known addresses as shown below, in a post office or official depository under the exclusive care and custody of the United States Postal Service:

LATONYA RAE NEAL
1017 BROAD AVE.
GREENSBORO, NC 27406

SAMANTHA K BRUMBAUGH
PO BOX 3324
GREENSBORO NC 27402

SECU
BANKRUPTCY DEPT
PO BOX 25279
RALEIGH, NC 27611

U.S. SMALL BUSINESS ADMINISTRATION
332 S. MICHIGAN, SUITE 600
CHICAGO, IL 60604

Date:  January 12, 2026

s/Jennifer R. Harris
Jennifer R. Harris, N.C. State Bar No.: 26857
Attorney for Anita Jo Kinlaw Troxler, Trustee
P.O. Box 1720
Greensboro, NC  27402-1720
Telephone: (336) 378-9164