**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | | | |
|---|---|---|---|
| In Re: | | ) | |
| | | ) | |
| Lumar Jr., Keith Anthony | xxx-xx-6531 | ) | |
| Lumar, Shanetra Chantelle | xxx-xx-3554 | ) | No. 25-10751 C-13G |
| 6 Ivy Ridge Court | | ) | |
| Greensboro, NC 27407 | | ) | |
| | | ) | |
| | Debtors | ) | |

**TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN**
**AND RECOMMENDATION AGAINST CONFIRMATION OF PLAN**

NOW COMES, Anita Jo Kinlaw Troxler, Trustee in the above-referenced plan, by and through counsel, and objects to confirmation of the plan and recommends that the plan ("plan") be denied confirmation and in support shows unto the Court as follows:

1. The Debtors filed the Plan on October 30, 2025 and propose a plan payment of $3405.00 per month for 60 months.

2. Under Section 4.3(c) of the plan, it provides that Arra Finance, LLC is to be paid in full as a "910" claim at $614.00 per month at an interest rate of 9.25% per annum. The payment needed to pay the claim in full is $620.00 per month.

3. Under Section 4.3(c) of the plan, it provides that Bridgecrest Credit Company, LLC is to be paid in full as a "910" claim at $395.00 per month at an interest rate of 9.25% per annum. The payment needed to pay the claim in full is $418.00 per month.

4. Under Section 6.2(c) of the plan, the Debtor proposes to separately classify five unsecured non-priority claims of the US Department of Education/Nelnet with the Debtor responsible for direct payments on the accounts. The Trustee believes that the separate classification of these accounts unfairly discriminates against other allowed unsecured claims and the plan should provide under Section 9 that all allowed unsecured claims not otherwise provided for under Section 6.2(c) will be paid in full with interest of at least 6.75% per annum, commensurate with the amounts received by the separately classified claims.

5. The Trustee objects to confirmation of this plan due to claims treatment and unfair discrimination.

WHEREFORE, the Trustee recommends that the Court sustain the objection to confirmation of plan and deny confirmation of the plan.

Date:  January 12, 2026                             s/Jennifer R. Harris
                                                    Jennifer R. Harris, N.C. State Bar No.: 26857
                                                    Attorney for Anita Jo Kinlaw Troxler, Trustee
                                                    P.O. Box 1720
                                                    Greensboro, NC  27402-1720
                                                    Telephone: (336) 378-9164

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | | | |
|---|---|---|---|
| In Re: | ) | | |
| | ) | | |
| Lumar Jr., Keith Anthony | xxx-xx-6531 ) | | |
| Lumar, Shanetra Chantelle | xxx-xx-3554 ) | No. 25-10751 C-13G | |
| 6 Ivy Ridge Court | ) | | |
| Greensboro, NC 27407 | ) | | |
| Debtors | ) | | |

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on the below date, the undersigned served a copy of the TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN AND RECOMMENDATION AGAINST CONFIRMATION OF PLAN by depositing the same, enclosed in a postpaid wrapper, properly addressed to the following parties in interest, at their last known addresses as shown below, in a post office or official depository under the exclusive care and custody of the United States Postal Service:

KEITH ANTHONY LUMAR JR.
SHANETRA CHANTELLE LUMAR,
6 IVY RIDGE COURT
GREENSBORO, NC 27407

ERICA C NESMITH
6616-203 SIX FORKS RD
RALEIGH NC 27615

Date: January 12, 2026

s/Jennifer R. Harris
Jennifer R. Harris, N.C. State Bar No.: 26857
Attorney for Anita Jo Kinlaw Troxler, Trustee
P.O. Box 1720
Greensboro, NC 27402-1720
Telephone: (336) 378-9164