**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

In Re:                                          )
                                                )
Johnson, Carla Darnisha          xxx-xx-1209    )
4832 Tower Rd.                                   )          No. 25-10733 C-13G
Greensboro, NC 27410                            )
                                     Debtor     )

<u>TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN</u>
<u>AND RECOMMENDATION AGAINST CONFIRMATION OF PLAN</u>

NOW COMES, Anita Jo Kinlaw Troxler, Trustee in the above-referenced plan, by and through counsel, and objects to confirmation of the plan and recommends that the plan ("plan") be denied confirmation and in support shows unto the Court as follows:

1. The Debtor filed the Plan on October 27, 2025 and proposes a plan payment of $2105.00 per month for 60 months

2. Under Section 9(b) of the plan, it provides that "the Debtor anticipates filing a Motion to Avoid the Judicial Lien of Midland Credit Management. Therefore, this creditor will not receive any funds from the Chapter 13 Plan because it will be treated as an unsecured, non-priority, debt." The Trustee is unable to determine if there will be a pro-rata distribution to allowed unsecured claims filed in the case.

3. The Debtor's proposed Chapter 13 Plan provides for the determination of the amount of a secured claim pursuant to Rule 3012(b) of the Federal Rules of Bankruptcy Procedure for the purpose of valuing a claim of Ally Financial Inc.in Section 4.3(d) as secured to the value of the collateral and any amount in excess as unsecured. The Trustee is unable to determine from the record whether the holder of the secured claim has been properly served with the Plan in the manner as provided under Rule 7004 of the Federal Rules of Bankruptcy Procedure and this Court.

4. The Trustee objects to confirmation of this plan due to claim treatment and due to service and notice issues.

WHEREFORE, the Trustee recommends that the Court sustain the objection to confirmation of plan and deny confirmation of the plan.

Date:  January 12, 2026                          s/Jennifer R. Harris
                                                 Jennifer R. Harris, N.C. State Bar No.: 26857
                                                 Attorney for Anita Jo Kinlaw Troxler, Trustee
                                                 P.O. Box 1720
                                                 Greensboro, NC  27402-1720
                                                 Telephone: (336) 378-9164

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

In Re:                                           )
                                                 )
Johnson, Carla Darnisha          xxx-xx-1209  )
4832 Tower Rd.                                   )          No. 25-10733 C-13G
Greensboro, NC 27410                             )
                                    Debtor       )

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on the below date, the undersigned served a copy of the <u>TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN AND       RECOMMENDATION       AGAINST CONFIRMATION OF PLAN</u> by depositing the same, enclosed in a postpaid wrapper, properly addressed to the following parties in interest, at their last known addresses as shown below, in a post office or official depository under the exclusive care and custody of the United States Postal Service:


CARLA DARNISHA JOHNSON
4832 TOWER RD.
GREENSBORO, NC 27410

DAMON DUNCAN
204 MUIRS CHAPEL RD #310
GREENSBORO NC 27410


Date:  January 12, 2026                    s/Jennifer R. Harris_____
                                           Jennifer R. Harris, N.C. State Bar No.: 26857
                                           Attorney for Anita Jo Kinlaw Troxler, Trustee
                                           P.O. Box 1720
                                           Greensboro, NC  27402-1720
                                           Telephone: (336) 378-9164