**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Groeger, Victoria Lee    xxx-xx-0317 | ) | No. 25-10591 C-13G |
| 140 Kout Lane | ) | |
| Madison, NC 27025 | ) | |
| Debtor | ) | |

<u>TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN</u>
<u>AND RECOMMENDATION AGAINST CONFIRMATION OF PLAN</u>

NOW COMES, Anita Jo Kinlaw Troxler, Trustee in the above-referenced plan, by and through counsel, and objects to confirmation of the plan and recommends that the plan ("plan") be denied confirmation and in support shows unto the Court as follows:

1. The Debtor filed the Plan on December 12, 2025, and proposes a plan payment of $4200.00 per month for two month decreasing to $4080.00 per month in the third month of the plan.

2. Under Section 6.2(c) of the plan, the Debtor proposes to separately classify the unsecured non-priority claim of the Dept of Education/Nelnet in the estimated amount of $140,435.00. It states that the claim "shall be paid according to the terms of the underlying loan documents. Payments are currently in deferred status and the debt is non-dischargeable, unless discharged by separate order of the Court." The plan further provides under Section 9 that "allowed unsecured claims are to be paid in full due to the separate classification of the claim of the Department of Education/Nelnet under Section 6.2c of the plan." The plan does not clearly indicate whether the Debtor is to be responsible for direct payment of the claim of the Department of Education/Nelnet. Furthermore, even though the Debtor indicates under Section 6.2(c) that there is no applicable interest rate, the filed claim shows an interest rate of 8.08% per annum. Allowed unsecured claim should be paid not less than the rate of interest to be paid on the separately classified claims in order to avoid unfair discrimination.

3. The Trustee objects to confirmation of this plan due to unclear plan treatment under Section 6.2(c) of the plan and due to failure to pay allowed unsecured claims the same rate of interest to be paid on the separately classified claim in order to avoid unfair discrimination.

WHEREFORE, the Trustee recommends that the Court sustain the objection to confirmation of plan and deny confirmation of the plan.

Date:  January 12, 2026                             s/Jennifer R. Harris
                                                                    Jennifer R. Harris, N.C. State Bar No.: 26857
                                                                    Attorney for Anita Jo Kinlaw Troxler, Trustee
                                                                    P.O. Box 1720
                                                                    Greensboro, NC  27402-1720
                                                                    Telephone: (336) 378-9164

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | | | |
|---|---|---|---|
| In Re: | ) | | |
| | ) | | |
| Groeger, Victoria Lee | xxx-xx-0317 ) | | |
| 140 Kout Lane | ) | No. 25-10591 C-13G | |
| Madison, NC 27025 | ) | | |
| Debtor | ) | | |

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on the below date, the undersigned served a copy of the <u>TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN AND RECOMMENDATION AGAINST CONFIRMATION OF PLAN</u> by depositing the same, enclosed in a postpaid wrapper, properly addressed to the following parties in interest, at their last known addresses as shown below, in a post office or official depository under the exclusive care and custody of the United States Postal Service:

VICTORIA LEE GROEGER
140 KOUT LANE
MADISON, NC 27025

SAMANTHA K BRUMBAUGH
PO BOX 3324
GREENSBORO NC 27402

Date:  January 12, 2026

s/Jennifer R. Harris
Jennifer R. Harris, N.C. State Bar No.: 26857
Attorney for Anita Jo Kinlaw Troxler, Trustee
P.O. Box 1720
Greensboro, NC  27402-1720
Telephone: (336) 378-9164